UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IGNACIO REYES-YANEZ, Petitioner, v. B. BIRKHOLZ, Warden, Respondent. | No. 2:26-cv-09051-CV-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition (Dkt. 1); the Memorandum in Support of Petition (Dkt. 2); Respondent's Answer and supporting evidence (Dkt. 11; Dkt. 11-1 to 11-18); Petitioner's Response (Dkt. 13); Petitioner's Status Report (Dkt. 14); and the Report and Recommendation of the magistrate judge (Dkt. 15, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED that Judgment shall be entered:

(1) granting the Petition, in part, ordering Respondent and the Federal Bureau of Prisons to immediately transfer Petitioner Ignacio Reyes-Yanez to prerelease custody;

and

(2) denying all other relief sought by the Petition.

IT IS SO ORDERED.

Dated: November 2, 2026

CYNTHIA VALENZUELA
United States District Judge