UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IGNACIO REYES-YANEZ,<br>Petitioner,<br>v.<br>B. BIRKHOLZ, Warden,<br>Respondent. | No. 2:26-cv-09051-CV-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition is:

(1) GRANTED, in part, with Respondent and the Federal Bureau of Prisons ORDERED to immediately transfer Petitioner Ignacio Reyes-Yanez to prerelease custody; and

(2) DENIED as to all other relief sought by the Petition.

Dated: November 2, 2026

Cynthia Valenzuela
CYNTHIA VALENZUELA
United States District Judge